UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE MARK A. BARNETT, CLAIRE R. KELLY,
JENNIFER CHOE-GROVES, JUDGES

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-00052-3JP<br>and All Cases Per Attached<br>Schedule |

### NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Rule 75(d) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Jessica R. Rifkin is no longer affiliated with Benjamin L. England & Associates, LLC. Ms. Rifkin should be removed as an attorney of record in the attached schedule of captioned matters. Benjamin L. England & Associates remains counsel to Plaintiffs on the attached schedule of cases and Benjamin L. England remains as lead counsel in all matters on the schedule.

Date: May 1, 2023　　　　　　　　　　　/s/ Benjamin L. England
　　　　　　　　　　　　　　　　　　　　BENJAMIN L. ENGLAND & ASSOCIATES LLC
　　　　　　　　　　　　　　　　　　　　810 Landmark Dr., Suite 126
　　　　　　　　　　　　　　　　　　　　Glen Burnie, MD 21061
　　　　　　　　　　　　　　　　　　　　(410) 220-2800
　　　　　　　　　　　　　　　　　　　　blengland@englandlawgroup.com

## Schedule to Notice of Withdrawal of Attorney:  Jessica R. Rifkin

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-00507-3JP | XL Screw Corporation v. United States et al | XL Screw Corporation |
| 1:20-cv-00525-3JP | KI Industries, Inc. v. United States et al | KI Industries, Inc. |
| 1:20-cv-00552-3JP | Top Dog Direct, LLC v. United States et al | Top Dog Direct, LLC |
| 1:20-cv-00556-3JP | Natures Pillows, Inc. v. United States et al | Natures Pillows, Inc. |
| 1:20-cv-00558-3JP | Hilo Fish Company, Inc. v. United States et al | Hilo Fish Company, Inc. |
| 1:20-cv-00561-3JP | ASA Electronics, LLC v. United States et al | ASA Electronics, LLC |
| 1:20-cv-00584-3JP | Accurate Products, Inc. v. United States et al | Accurate Products, Inc. |
| 1:20-cv-00634-3JP | Compound Solutions, Inc. v. United States et al | Compound Solutions, Inc. |
| 1:20-cv-00657-3JP | Teri Lingerie Company, L.L.C. v. United States et al | Teri Lingerie Company, L.L.C. |
| 1:20-cv-00707-3JP | MSRF Inc. v. United States et al | MSRF Inc. |
| 1:20-cv-00963-3JP | AquaBest Seafood LLC v. United States et al | Aquabest Seafood LLC |
| 1:20-cv-01135-3JP | SSC, Inc. v. United States et al | SSC, Inc. |
| 1:20-cv-01185-3JP | SHIELD Restraint Systems Inc. v. United States et al | SHIELD Restraint Systems Inc. |
| 1:20-cv-01239-3JP | Axiom Foods, Inc. v. United States et al | Axiom Foods, Inc. |
| 1:20-cv-01822-3JP | Healthtex Distributors, Inc. v. United States et al | Healthtex Distributors, Inc |
| 1:20-cv-01878-3JP | Accele Electronics, Inc. v. United States et al | Accele Electronics, Inc. |
| 1:20-cv-01909-3JP | Pet Factory, Inc. v. United States et al | Pet Factory, Inc. |
| 1:20-cv-01960-3JP | Arrow Tru-Line, Inc. v. United States et al | Arrow Tru-Line, Inc. |
| 1:20-cv-01990-3JP | Connell Bros. Co. LLC v. United States et al | Connell Bros Co., LLC |
| 1:20-cv-02018-3JP | IT Luggage USA, Ltd. v. United States et al | IT Luggage USA, Ltd. |
| 1:20-cv-02097-3JP | Global Fastener Solutions, Inc. v. United States et al | Global Fastener Solutions, Inc. |
| 1:20-cv-02194-3JP | Britanico LLC v. United States et al | Britanico LLC |
| 1:20-cv-02222-3JP | Lewis Hyman, Inc. v. United States et al | Lewis Hyman, Inc. |
| 1:20-cv-02243-3JP | LH Licensed Products Inc. v. United States et al | LH Licensed Products Inc, |
| 1:20-cv-02364-3JP | Quick Aid LLC v. United States et al | Quick Aid LLC |
| 1:20-cv-02375-3JP | ViQing LLC v. United States et al | ViQing LLC |
| 1:20-cv-02595-3JP | No Borders, Inc. v. United States et al | No Borders, Inc. |
| 1:20-cv-03296-3JP | Froggy's Fog, LLC v. United States of America et al | Froggy's Fog, LLC |
| 1:20-cv-03574-3JP | PureForm Global, Inc. v. United States of America et al | PureForm Global, Inc. |
| 1:20-cv-03578-3JP | Seapoint Farms, LLC v. United States of America et al | Seapoint Farms, LLC |
| 1:20-cv-03701-3JP | Nachurs Alpine Solutions LLC v. United States et al | Nachurs Alpine Solutions LLC |

## Schedule to Notice of Withdrawal of Attorney: Jessica R. Rifkin

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 1:20-cv-03732-3JP | Draco Distribution, Inc. v. United States of America et al | Draco Distribution, Inc. |
| 1:21-cv-00494-N/A | Focus Consumer Healthcare, LLC v. United States et al | Focus Consumer Healthcare, LLC |

As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)